# EXHIBIT 8

2:18-cv-10434-GCS-APP Doc # 1-9 Filed 02/06/18 Pg 1 of 2 Pg ID 359

<sub>Allstate Insurance Company, et al. v. Integrated MRI Center, LLC d/b/a Complete Imaging, et al.</sub>
<sub>2:18-cv-10434-GCS-APP   Doc # 1-Exhibit Filed 02/06/18   Pg 2 of 2   Pg ID 360</sub>

**Bank of America**

**INTEGRATED HCS PRACTICE MANAGEMENT, LLC.**
19785 W. 12 MILE RD., # 679
SOUTHFIELD, MI 48076

ACH R/T 063100277
63-27-631

07/18/2013

PAY TO THE ORDER OF   State of Michigan         $*4,000.00

Four thousand and 00/100********************************************************************    DOLLARS

State of Michigan
Dept. of Licensing & Regulatory Affairs
P.O. Box 30768
Lansing, MI  48909

*[signature]*
AUTHORIZED SIGNATURE

MEMO

---

**INTEGRATED HCS PRACTICE MANAGEMENT, LLC.**                                                                1412
    07/18/2013         State of Michigan

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|
| 07/18/2013 | Bill | 07/18/2013 | 4,000.00 | 4,000.00 | 4,000.00 |
|  |  | Check Amount |  |  | 4,000.00 |

CON #13-0133

2013 JUL 19  AM 11: 26

MDCH CON REVIEW

Checking - 2676                                                                                       4,000.00